ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2016-Dec-29 13:29:36
60CV-16-7143
C06D02 : 7 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_____ DIVISION

CENTRAL ARKANSAS REPRODUCTIVE
ENDOCRINOLOGY GROUP, PLLC                                     PLAINTIFF

v.         No.: _____

HEALTH CARE SERVICE CORPORATION d/b/a
BLUE CROSS AND BLUE SHIELD OF TEXAS, INC.                     DEFENDANT

# COMPLAINT

COMES NOW, the Plaintiff, Central Arkansas Reproductive Endocrinology Group, PLLC, and for its Complaint against the Defendant, Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Texas, Inc., states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Central Arkansas Reproductive Endocrinology Group, PLLC (hereinafter referred to as "CARE") is a professional limited liability company organized, existing and in good standing under the laws of the State of Arkansas that maintains its principal offices in Pulaski County.

2. Defendant, Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Texas, Inc. (hereinafter referred to as "Texas BCBS") is an insurance company that maintains its principal offices at 1001 East Lookout Drive in Richardson, Texas 75082 and whose President is Dan McCoy, M.D.

3. This Court is the proper venue for this action pursuant to ARK. CODE ANN. §16-55-213(a)(1).

4. This Court has jurisdiction over the subject matter of this action, as well as jurisdiction over all named parties.

**EXHIBIT 1**

## FACTUAL BACKGROUND

5. At the end of 2013, CARE was affiliated with a third party entity – FEM Partners.

6. As a part of its affiliation with FEM Partners, CARE was to participate in and be provided health care insurance through Texas BCBS.

7. In December 2013, Texas BCBS notified CARE's insurance broker that additional payments were needed in order to continue CARE's health care insurance through Texas BCBS.

8. Additional payments were needed from CARE because amounts previously paid to FEM Partners for health insurance coverage had not been forwarded to Texas BCBS.

9. At the request of Texas BCBS, CARE overnighted payment in the amount of fourteen thousand seven hundred sixty-five and 67/100 dollars ($14,765.67) to Texas BCBS on the 31st day of December, 2013 to continue the health insurance coverage for its employees.

10. After receiving the check overnighted to it, Texas BCBS contacted CARE and demanded additional amounts to continue health insurance coverage.

11. The additional amount demanded by Texas BCBS was thirteen thousand two hundred fifty seven and 46/100 dollars ($13,257.46).

12. An additional payment of thirteen thousand two hundred fifty seven and 46/100 dollars ($13,257.46) was sent to Texas BCBS via Federal Express on January 21, 2014.

13. Texas BCBS cashed the two (2) checks provided by CARE totaling twenty-eight thousand twenty-three and 13/100 dollars ($28,023.13).

14. After cashing the checks provided by CARE, Texas BCBS notified CARE that the health insurance could not be provided to CARE's employees as originally promised by Texas BCBS.

15. In addition, Texas BCBS denies claims submitted by providers for medical care provided to CARE employees that should have been covered by the insurance that Texas BCBS promised to issue.

16. Because of the denial of claims by Texas BCBS, CARE was forced to pay a total of nineteen thousand one hundred fifteen and 90/100 dollars ($19,115.90) to various medical providers for the medical services provided to its employees.

17. Despite knowing that the additional payments had been provided by CARE because FEM Partners had failed to make premium payments, Texas BCBS refunded the additional payments by CARE to FEM Partners.

18. CARE promptly notified Texas BCBS of this error in refunding the additional payments and requested that Texas BCBS correct their error.

19. Texas BCBS refused to respond to any requests by CARE to correct their error and refund the additional payments.

20. Through counsel, CARE made multiple demands for Texas BCBS to refund the additional amounts paid for which insurance was not provided.

21. Texas BCBS has ignored and refused to respond to all requests a refund of the additional payments by CARE totaling twenty-eight thousand twenty-three and 13/100 dollars ($28,023.13).

## Count I – Conversion

22. CARE hereby incorporates Paragraphs 1 through 21 of the Complaint into this Count I.

23. CARE provided additional payments totaling twenty-eight thousand twenty-three and 13/100 dollars ($28,023.13) to Texas BCBS based on demands by Texas BCBS for such

amounts to continue health insurance coverage for CARE's employees.

24. After receiving the additional payments totaling twenty-eight thousand twenty-three and 13/100 dollars ($28,023.13), Texas BCBS refused to either provide the health insurance coverage or refund the additional payments to CARE.

25. By cashing and retaining the funds without providing the promised health insurance coverage, Texas BCBS has converted such additional payments to its own use and benefit with the intent to deprive the true owner – CARE – of such funds.

**WHEREFORE**, the Plaintiff, Central Arkansas Reproductive Endocrinology Group, PLLC, prays that this Court: *(i)* grant it judgment against Defendant, Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Texas, Inc., finding that it converted the additional payments totaling twenty-eight thousand twenty-three and 13/100 dollars ($28,023.13); *(ii)* award it compensatory damages in the amount of the additional payments -- twenty-eight thousand twenty-three and 13/100 dollars ($28,023.13); *(iii)* award it the cost and expenses, including attorneys' fees, expended in pursuing this matter; and *(iv)* award it all other relief which this Court deems just and appropriate.

### COUNT II – FRAUD

26. CARE hereby incorporates Paragraphs 1 through 25 of the Complaint into this Count II.

27. CARE justifiably relied on statements and demands made by Texas BCBS regarding additional amounts that needed to be paid in order to continue health insurance coverage for its employees.

28. Texas BCBS was aware that CARE was justifiably relying on its representations.

**29.** After CARE justifiably relied on the representations and made the additional payments totaling twenty-eight thousand twenty-three and 13/100 dollars ($28,023.13), Texas BCBS refused to either provide the health insurance coverage or return the additional payments.

**30.** In addition to the payments made for coverage promised by Texas BCBS, CARE was forced to pay a total of nineteen thousand one hundred fifteen and 90/100 dollars ($19,115.90) to various medical providers for the medical services provided to its employees that should have been paid by Texas BCBS.

**31.** The actions of Texas BCBS were willful, malicious and committed with full knowledge that CARE would be damaged by the loss of the additional payments and by the failure to pay for medical care provided to CARE employees.

**WHEREFORE**, the Plaintiff, Central Arkansas Reproductive Endocrinology Group, PLLC, prays that this Court: *(i)* grant it judgment against Defendant, Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Texas, Inc., finding that it fraudulently obtained and retained the additional payments totaling twenty-eight thousand twenty-three and 13/100 dollars ($28,023.13); *(ii)* grant it judgment against Defendant, Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Texas, Inc., finding that its fraud resulted in CARE being was forced to pay a total of nineteen thousand one hundred fifteen and 90/100 dollars ($19,115.90) to various medical providers for the medical services provided to its employees that should have been paid by Texas BCBS; *(iii)* award it compensatory damages in the amount of forty-seven thousand one hundred thirty-nine and 03/100 dollars ($47,139.03); *(iii)* award it the cost and expenses, including attorneys' fees, expended in pursuing this matter; and *(iv)* award it all other relief which this Court deems just and appropriate.

## COUNT III – NEGLIGENCE

**32.** CARE hereby incorporates Paragraphs 1 through 31 of the Complaint into this Count III.

**33.** In offering to provide health insurance services, Texas BCBS is under a duty and obligation to conduct its operations as a reasonably careful and prudent insurance company would.

**34.** Texas BCBS failed to conduct its business operations as a careful and prudent insurance company by:

*(a)* Making demands for additional payments to continue health insurance coverage and then refusing to provide the promised coverage; and

*(b)* Accepting payments and then refusing to return the funds to CARE when health insurance coverage was not reinstated;

*(c)* Refusing to respond to or acknowledge repeated demands for the return of the funds provided for the health insurance coverage that was never provided; and

*(d)* Refusing to pay claims for medical services obtained by CARE employees.

**35.** As a result of the negligence of Texas BCBS, CARE has been damaged in the amount of forty-seven thousand one hundred thirty-nine and 03/100 dollars ($47,139.03).

**WHEREFORE,** the Plaintiff, Central Arkansas Reproductive Endocrinology Group, PLLC, prays that this Court: *(i)* grant it judgment against Defendant, Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Texas, Inc., finding that it negligently caused damage in requests for additional insurance payments, its mishandling of the additional payments made by CARE and its denial of claims for medical services; *(ii)* award it compensatory damages in the amount of forty-seven thousand one hundred thirty-nine and 03/100 dollars

($47,139.03); *(iii)* award it the cost and expenses, including attorneys' fees, expended in pursuing this matter; and *(iv)* award it all other relief which this Court deems just and appropriate.

    **36.**    CARE requests a trial by jury on all claims.

Respectfully submitted,

FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201
Phone (501) 376-2011
Fax   (501) 376-2147

*Attorneys for CARE*

By:    */s/ Bruce B. Tidwell*
          Bruce B. Tidwell, AR Bar No. 96115
          E-Mail – btidwell@fridayfirm.com
          Direct Phone – (501) 370-1496