IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CENTRAL ARKANSAS REPRODUCTIVE
ENDOCRINOLOGY GROUP, PLLC                                    PLAINTIFF

v.                          No. 4:17-cv-79-DPM

HEALTH CARE SERVICE CORPORATION
d/b/a Blue Cross and Blue Shield
of Texas, Inc.                                               DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2017